[No. 39327-8-I.    Division One.    December 18, 1997.]

LARRY E. COLVIN, ET AL., *Appellants*, v. DALE Y. MIYAUCHI, M.D., ET AL., *Respondents*.

Appeal from a judgment of the Superior Court for King County, No. 95-2-08223-8, Robert S. Lasnik, J., entered June 26, 1996. *Affirmed* by unpublished opinion per Webster, J., concurred in by Baker, C.J., and Agid, J.


[No. 39466-5-I.    Division One.    December 18, 1997.]

THE STATE OF WASHINGTON, *Appellant*, v. SKIPPER WADE PUGH, *Respondent*.

Appeal from a judgment of the Superior Court for Snohomish County, No. 96-1-01150-3, Joseph A. Thibodeau, J., entered September 27, 1996. *Reversed* by unpublished per curiam opinion.


[No. 39729-0-I.    Division One.    December 18, 1997.]

THE STATE OF WASHINGTON, *Respondent*, v. THOMAS L. JEFFERSON, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 96-1-05124-8, Nicole MacInnes, J., entered November 13, 1996. *Affirmed* by unpublished per curiam opinion.


[No. 15252-9-III.    Division Three.    January 20, 1998.]

THE STATE OF WASHINGTON, *Respondent*, v. GERALD LLOYD WOOLEY, *Petitioner*.

Appeal from a judgment of the Superior Court for Stevens County, No. 93-1-00035-3, Fred L. Stewart, J., entered September 1, 1995. *Affirmed* by unpublished opinion per Kurtz, J., concurred in by Schultheis, C.J., and Kato, J.